## S15Y1785. IN THE MATTER OF W. BURRELL ELLIS, JR.
(794 SE2d 653)

PER CURIAM.

On October 5, 2015, this Court suspended W. Burrell Ellis, Jr., pending the termination of the appeal of his felony convictions. On November 30, 2016, this Court reversed those convictions. See *Ellis v. State*, 300 Ga. 371 (794 SE2d 601) (2016). Thus, it is hereby ordered that W. Burrell Ellis, Jr., be reinstated to the practice of law in the State of Georgia.

*Reinstated. All the Justices concur.*

DECIDED DECEMBER 8, 2016.

*Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar*, for State Bar of Georgia.